UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NA ZHANG,<br><br>               Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>               Respondent. | No. 11-70718<br><br>Agency No. A095-022-614<br><br><br>ORDER |

Before:     FISHER, GOULD, and BYBEE, Circuit Judges.

The memorandum disposition filed in this case on October 22, 2013, is withdrawn as issued in error.